1  RACHELE R. BYRD (SBN 190634)
   MARISA C. LIVESAY (SBN 223247)
2  BRITTANY N. DEJONG (SBN 258766)
   **WOLF HALDENSTEIN ADLER**
3   **FREEMAN & HERZ LLP**
   750 B Street, Suite 1820
4  San Diego, CA 92101
   Telephone: (619) 239-4599
5  Facsimile: (619) 234-4599
   byrd@whafh.com
6  livesay@whafh.com
   dejong@whafh.com
7
   *Attorneys for Plaintiff*
8  [Additional Counsel on Signature Page]

9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10

11
   ELAINE WANG,                          )   4:19-cv-05556 -WHA
12                                        )
              Plaintiff,                  )   **NOTICE OF VOLUNTARY DISMISSAL**
13                                        )
          v.                              )
14                                        )
   GENOMIC HEALTH, INC., JULIAN           )
15 BAKER, FELIX BAKER, PH.D., FRED        )
   COHEN, M.D., D.PHIL., BARRY P.         )
16 FLANNELLY, PHARM.D., HENRY J.          )
   FUCHS, M.D., GINGER L. GRAHAM,         )   JUDGE: Hon. William Alsup
17 GEOFFREY M. PARKER, and KIMBERLY       )   CTRM:   12 - 19th Floor
   POPOVITS,                              )
18            Defendants.                 )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21

22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

2   plaintiff Elaine Wang ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the

3   "Action") with prejudice.   Defendants have filed neither an answer nor a motion for summary

4   judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

5   Plaintiff requests that this Court retain continuing jurisdiction for purposes of entertaining a

6   mootness fee application, if any, which will be filed under this case number.

7

8    DATED: October 30, 2019

**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**

9

10   By: ___*/s/ Rachele R. Byrd*___
        RACHELE R. BYRD
      Rachele R. Byrd
11    Marisa C. Livesay
      Brittany N. DeJong
12    750 B Street, Suite 1820
      San Diego, CA 92101
13    Telephone: (619) 239-4599
      Facsimile: (619) 234-4599
14    byrd@whafh.com
      livesay@whafh.com
15    dejong@whafh.com

16

17   **Of Counsel**:

18   **WOLF HALDENSTEIN ADLER**
      **FREEMAN & HERZ LLP**
19    Gloria Kui Melwani
      270 Madison Avenue
20    New York, NY 10016
      Telephone: (212) 545-4600
21    Facsimile: (212) 686-0114
      melwani@whafh.com
22

23   *Counsel for Plaintiff*

24

25

26

27

28

- 1 -